# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2005

127580 & (88)(90)(91)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF TAYLOR,
          Plaintiff-Appellee,

v

THE DETROIT EDISON COMPANY,
          Defendant-Appellant.

SC: 127580
COA: 250648
Wayne CC: 02-221723-CZ

_____/

On order of the Court, the application for leave to appeal the September 14, 2004 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address what powers the City has over utilities under its constitutional authority to exercise reasonable control over its streets, whether that authority invariably allows the City to shift the costs of relocation of utility equipment to the utility, and how the City's constitutional authority should be reconciled with the MPSC's broad authority to regulate utilities. The motions for leave to file briefs amicus curiae are also considered, and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005

_____
Clerk

d0929